

2

UNITED STATES DISTRICT COURT
FOR THE SEVENTH DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED 1/29/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

United States
    Plaintiff

VS

Pablo Lopez-Rios
    Defendant

12 CR 00695
25 CR 0125-1

REQUEST FOR DISMISSAL

Coming before the Honorable District Court, Pablo Lopez-Rios (Lopez-Rios) the defendant in the captioned case and presenting himself to the Honorable Court, now requests the Dismissal of the plea and the sentence of the final judgement of the instant case.

The primary case 12 CR 00695 is the violation of Title 21 U.S.C. § 846 and 841 resepctfully.

Subsequently Lopez-Rios was sentenced to 126 months of incarceration and 60 months of supervised release in the Seventh Circuit, being the counties in the Northern District of Illinois. Upon Lopez-Rios deportation during July of 2022, his supervised release became inactive.

On September 12, 2022 Lopez was arrested and charged with re-entry (illegal). He was again deported for illegal re-entry.

On January 31, 2025, Lopez-rios was arrested in Chicago for illegal re-entry.

With respect to 18 U.S.C. § 3583, et. seq. the inclusion of a term of supervised release after imprisonment, would be modified as there Lopez-rios was to leave (deported) the Seventh Circuit area and unable to report to any probation officer, in Mexico.

The illegal complaint of 25 CR 00125-1 is assocaited with 12 CR 0000695 (12 CR 00695, Document 223 9/9/2022; 25 CR 00125, Document 251). The Court has no jurisdiction with respect to a

Page 2, Request for dismissal

violation of supervised release, as there was no compliance to supervised release upon Lopez-Rios deportation. The fact that Lopez-Rios was again found on American soil is not a violation of supervised release, but a violation of re-entry. The plea has been accpeted, which is no applicable. Lopez-Rios now requests ther plea and the sentence of 25 CR 00125-1 to be dismissed or in the alternative, the proceeding to be stayed until the United States can prove the violation with proper due process.

*Pablo Lopez*
Pablo Lopez-Rios

PROOF OF SERVICE

I, Pablo Lopez-Rios have deposited with the legal mail clerk at MCC Chicago, A letter to the Court. This letter was sent to the United States District Court, 219 S. Dearborn, Chicago, Il 60604, and sent via First Class Mail, Postage prepaid, on January 22, 2026.

*PABLO LOPEZ*
Pablo Lopez-Rios

**METROPOLITAN CORRECTIONAL CENTER**
**71 W. VAN BUREN ST, CHICAGO, IL 60695**
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

**JAN 2 3 2026**

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Pablo Lopez-R[...]  
Metropolitan Correction Center  
71 W VanBuren  
Chicago, Il 60605

S SUBURBAN IL 604

23 JAN 2026 PM 6 L

Legal Mail

United States District Court  
219 S Dearborn  
Chicago, IL 60604

Legal Mail



01/29/2026-6

Legal Mail